AO 241 (Rev. 09/17)

JAN 26 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | Western | |
|---|---|---|---|
| Name (under which you were convicted):<br><br>MICHAEL WAYNE KELLER | 7:24-Cv-00066 | | Docket or Case No.:<br>CR19001454-00 -<br>CR19001455-00 |
| Place of Confinement :<br><br>Greensville Correctional Center | | Prisoner No.:<br><br>1961864 | |
| Petitioner (include the name under which you were convicted)<br><br>Michael Wayne Keller | v. | Respondent (authorized person having custody of petitioner)<br><br>Chadwick S. Dotson,<br>Director of Prisons | |
| The Attorney General of the State of: Virginia, Jason Miyares | | | |

### PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

   The City of Newport News Circuit Court
   2500 Washington Avenue
   Newport News, Virginia 23607

   (b) Criminal docket or case number (if you know): CR19001454-00 thru CR19001455-00

2.   (a) Date of the judgment of conviction (if you know): February 27, 2020

   (b) Date of sentencing: June 16, 2020

3.   Length of sentence:   Twenty-three (23) years

4.   In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

   Aggravated Malicious Wounding, Twenty (20) years
   Use of a Firearm in the Commission of a Felony, Three (3) years

6.   (a) What was your plea? (Check one)

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| ☒ | (1) | Not guilty | ☐ | (3) | Nolo contendere (no contest) |
| ☐ | (2) | Guilty | ☐ | (4) | Insanity plea |

1

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:  Virginia Court of Appeals

(b) Docket or case number (if you know):  0740-20-1

(c) Result:  The Court granted the Petition

(d) Date of result (if you know):  The Court confirmed conviction on May 18, 2021

(e) Citation to the case (if you know):  UNPUBLISHED OPINION, Record No. 0740-20-1

(f) Grounds raised:  The Trial Court erred by granting Jury Instruction 14 because it was confusing and misleading.

The Court erred by denying motion to strike the evidence because the evidence was insufficient as a matter of law to prove malice rather than heat of passion.

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court:  Supreme Court of Virginia

(2) Docket or case number (if you know):  CL2203287M-00

(3) Result:  Denied

AO 241 (Rev. 09/17)

(4) Date of result (if you know):    December 11, 2023

(5) Citation to the case (if you know):    Record No. 230267

(6) Grounds raised: The Court committed error when it presented Instruction #13 as evidenced supposedly showing that appellant was provided a proper Virginia Model Jury Instruction defining heat of passion.

The Court erred when finding that trial counsel for appellant provided effective assistance of counsel.

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):    N/A

(2) Result:    N/A

(3) Date of result (if you know):    N/A

(4) Citation to the case (if you know):    N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:    N/A

(2) Docket or case number (if you know):    N/A

(3) Date of filing (if you know):    N/A

(4) Nature of the proceeding:    N/A

(5) Grounds raised:    N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No    N/A

(7) Result:    N/A

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____N/A_____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____ N/A _____

    (2) Docket or case number (if you know): __ N/A __

    (3) Date of filing (if you know): __ N/A __

    (4) Nature of the proceeding: __ N/A __

    (5) Grounds raised: __ N/A __

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No  N/A

    (7) Result: __ N/A __

    (8) Date of result (if you know): __ N/A __

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: __ N/A __

    (2) Docket or case number (if you know): __ N/A __

    (3) Date of filing (if you know): __ N/A __

    (4) Nature of the proceeding: __ N/A __

    (5) Grounds raised: __ N/A __

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No    N/A

(7) Result: _____ N/A _____    _____

(8) Date of result (if you know): N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?    N/A

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ N/A _____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE:    Petitioner was denied his 5th, 6th and 14th Constitutional
_Amendment_rights_to_due_process_and_the_effective_assistance_of_counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel for petitioner proved ineffective during trial when failing
_to_request_a_jury_instruction_defining_heat_of_passion,_which_prejudiced
_petitioner_because_absent_the_instruction_deprived_the_jury_of_any_legal
avenue to find petitioner guilty of of the lesser offense of unlawful
wounding as opposed to aggravated malicious wounding, as charged. See
attached exhibits. _____

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:    This was an ineffective assistance of counsel claim, which could not be raised during the direct appeal process.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Petition for Writ of Habeas Corpus

Name and location of the court where the motion or petition was filed:   Newport News Circuit Court, 2500 Washington Avenue, Courthouse Building, Newport News, VA 23607

Docket or case number (if you know):   CL2203287M-00

Date of the court's decision:   February 22, 2023

Result (attach a copy of the court's opinion or order, if available):   Denied. See attached.

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Supreme Court of Virginia

Docket or case number (if you know):   Record No. 230267

Date of the court's decision:   December 11, 2023

Result (attach a copy of the court's opinion or order, if available):   Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:   N/A

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?   ☒ Yes      ☐  No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:   ___N/A_____

_____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____N/A_____

_____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?      ☐ Yes    ☒ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.      N/A _____

_____

_____

_____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?      ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.   N/A _____

_____

_____

_____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:    N/A

(a) At preliminary hearing:    N/A

(b) At arraignment and plea:    N/A

(c) At trial:    N/A

(d) At sentencing:    N/A

(e) On appeal:    N/A

(f) In any post-conviction proceeding:    N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:    N/A

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?    ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed:    N/A

(c) Give the length of the other sentence:    N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?    ☐ Yes    ☐ No    N/A

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

The one-year statute of limitations as contained in
28 U.S.C. § 2244(d) does not bar this petition beacuse the
judgment became final by the conclusion of direct appellate
review on December 11, 2023.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

9

AO 241 (Rev. 09/17)

(2)   The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Vacate petitioner's conviction and

sentence and release him or otherwise schedule an evidentiary hearing

along with the appointment of counsel.

or any other relief to which petitioner may be entitled.


Petitioner is proceeding pro se

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on   1-19-24   (month, date, year).


Executed (signed) on   1-19-24   (date).


Michael Keller

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A

10

**FROM:**

EDITH BELL

9321 DAVENPORT RD

GLOUCESTER, VA

23061

CERTIFIED MAIL®

9589 0710 5270 0862 1784 25

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**TO:**

UNITED STATE DISTRICT C

RICHARD H. POFF FE

210 FRANKLIN ROA

ROANOKE VA 24

RETURN RECEIPT
REQUESTED

*Retail*

UNITED STATES
POSTAL SERVICE®

24011

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
WHITE MARSH, VA 23183
JAN 23, 2024

$12.32

R2305H130172-02

COURT WESTERN DISTRICT OF VA

EDERAL BLDG SUITE 540

, SW

011- 2863

RETURN RECE